Craig A. Livingston – SBN 148551
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Defendants
PACCAR INC. and
PACCAR FINANCIAL CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOB EVANS and RUBY EVANS,<br><br>  Plaintiffs,<br><br>  v.<br><br>PACCAR, INC., PACCAR FINANCIAL CORP., INTERSTATE TRUCK CENTER LLC., and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-01301-JAM-EFB<br><br>[San Joaquin County Superior Court Case No. 39-2014-00310995-CU-PL-STK]<br><br>**ORDER OF DISMISSAL OF PACCAR FINANCIAL CORP.**<br>  (Fed. R. Civ. Proc. 41(a)(1)(A)(ii)) |

Pursuant to the stipulation of all parties,

Defendant PACCAR Financial Corp. is hereby dismissed, without prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  7/30/2015.                                    /s/ John A. Mendez_____
                                                      John A. Mendez
                                                      United States District Court Judge

---

*Evans v. PACCAR, Inc., et al.*, Case No. 2:15-cv-01301-JAM-EFB
[PROPOSED] **ORDER OF DISMISSAL OF PACCAR FINANCIAL CORP.**
-1-