Craig A. Livingston – SBN 148551
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Defendant
PACCAR INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOB EVANS and RUBY EVANS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PACCAR, INC.,<br><br>                    Defendant. | Case No. 2:15-cv-01301-JAM-EFB<br><br>[San Joaquin County Superior Court Case No. 39-2014-00310995-CU-PL-STK]<br><br>**ORDER OF DISMISSAL OF PACCAR INC.**<br>   (Fed. R. Civ. Proc. 41(a)(1)(A)(ii)) |

Pursuant to the stipulation of all parties,

Defendant PACCAR Inc. is hereby dismissed, with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.


Dated:  November 9, 2015                    /s/ John A. Mendez_____
                                            John A. Mendez
                                            United States District Court Judge

---

*Evans v. PACCAR Inc., et al.,* Case No. 2:15-cv-01301-JAM-EFB
[PROPOSED] **ORDER OF DISMISSAL OF PACCAR INC.**
-1-